# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| FREDRICK JAMES DAVIS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:09-CV-966 CDP |
| JULIA CHILDREY, | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 8th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE